# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

350 Northern Boulevard • Albany, New York 12204

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Diane Davis, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

June 2, 2008

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re: 02-16899      Frederick & Polly Crosby

To Whom It May Concern:

Enclosed please find check #790649 in the amount of $287.03. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.      13

    Account#      4388642024347802

    Creditor      Capital One Financial
                             POB 85167
                             Richmond, VA 23282

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli